## Ex parte C. W. PHARES.

### No. 28239.

Court of Criminal Appeals of Texas.

March 14, 1956.

—◆—

G. C. Harris, Greenville, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

—◆—

No attorney on appeal for appellant.

Joe L. Cox, Dist. Atty., Plainview, Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

Appellant, having waived examining trial on a murder charge, was remanded to jail in default of bond fixed by the magistrate at $25,000. He sought and was granted writ of habeas corpus and at the hearing the district judge reduced the amount of his bond to $12,500, but declined to order his release and appellant gave notice of appeal to this court.

It now appears that appellant has entered into bond in the reduced amount and has been released from custody.

The question raised has become moot. Ex parte Spivey, 144 Tex.Cr.R. 578, 165 S.W.2d 111.

The appeal is dismissed.